CASES IN THE GENERAL COURT AND

GENERAL COURT, (E. S.) APRIL TERM, 1804.

Wallis
vs
Britton

WALLIS'S EX'r. *vs.* BRITTON *et ux.*

A second husband, surviving his wife who was administratrix of her first husband, is a competent witness for her surety in an action on the administration bond.

APPEAL from *Queen-Anne's* county court. The second husband, surviving his wife who was the administratrix of her first husband, was offered as a witness at the trial in the county court, by the executor, (the appellant,) of a co-obligor in her administration bond; but was rejected by the county court, and this appeal was prosecuted.

At the argument in this court, the following cases were cited:—1 *T. R.* 163. 4 *T. R.* 17. 5 *T. R.* 667. 2 *East.* 561.

THE GENERAL COURT *reversed* the judgment of the County Court.

———————※———————

GENERAL COURT, (E. S.) APRIL TERM, 1804.

PHILIPS *vs.* DASHIELL'S Lessee.

Where a testator by his will had devised to his heir at law the same estate in lands which he would have had by descent—*Held* that he took by descent and not by purchase

APPEAL from *Somerset* county court. The appellee brought an *action of ejectment,* and the following case was submitted for the decision of the county court, viz. *Levi Dashiell* being seized in fee, (amongst others,) of part of a tract of land called *First Choice,* by his will, dated the 27th February 1786, devised one third of his real and personal estate to his wife during her widowhood; remainder as afterwards to be expressed in his will, viz—"To *George Dashiell,* my son, all my part of the tract of land called *First Choice,* containing 100 acres, bequeathing all my right to one third part of my personal estate to him and his heirs for ever." On the 20th March 1786, *Levi Dashiell* died, leaving a widow, and two sons, *George,* (the eldest,) and *Henry,* both minors. *George Philips,* (the defendant in the county court,) then maternal grandfather, entered into possession of the